UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARIANA BELFORT LEE, et al,
                          Plaintiff(s)

           24 civ 6819 (JGK)

      -against-

NEW YORK STATE UNIFIED COURT SYSTEM, et al,
                          Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for December 12, 2024, at 12:30pm, is canceled.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          December 4, 2024