UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARIANA BELFORT LEE,

               Plaintiff,          24-cv-6819 (JGK)

    - against -               ORDER

NEW YORK STATE UNIFIED COURT
SYSTEM, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 22, 2025.

SO ORDERED.

Dated:    New York, New York
           January 7, 2025

                                          John G. Koeltl
                             United States District Judge