```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

ARIANA BELFORT LEE,

                Plaintiff,        24-cv-6819 (JGK)

    - against -                <u>ORDER</u>

NEW YORK UNIFIED COURT SYSTEM, ET AL.,

                Defendants.

------------------------------------

**JOHN G. KOELTL, District Judge:**

    The reference to the mediation panel, <u>see</u> ECF No. 21, is withdrawn.

**SO ORDERED.**
**Dated:**   New York, New York
           May 2, 2025

                                      <u>/s/ John G. Koeltl</u>
                                         John G. Koeltl
                           United States District Judge