UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ARIANA BELFORT LEE,   24 Civ. 6819 (JGK)

                Plaintiff.

                                      **P̶R̶O̶P̶O̶S̶E̶D̶ REVISED CIVIL SCHEDULING ORDER**

    -   against   -

NEW YORK STATE UNIFIED COURT SYSTEM,
JOSEPH BACCELLIERI, and ANTHONY MUNG,

                Defendants.
-------------------------------------------------------------------X

JOHN G. KOELTL, District Judge:

    Pursuant to Fed. R. Civ. P. 16(b), after reviewing the parties' original Rule 26(f) report dated January 22, 2025 and after reviewing the parties' joint letter-motion dated July 29, 2025 seeking an extension of certain deadlines previously agreed to in the Rule 26(f) report, the Court hereby orders that:

    **Discovery:** Except for good cause shown, all discovery shall be commenced in time to be completed by **January 16, 2026**. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

    **Dispositive Motions:**[1] Dispositive motions, if any, are to be completed by **March 2, 2026**. The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

---

[1] Note: In the event a **dispositive motion** is made, the dates for submitting the Joint Pretrial order (together with Memoranda of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law, as appropriate) shall be changed from that shown above to **three (3) weeks** from the decision on the motion. **The ready trial date** shall be adjourned to a date **four (4) weeks** after the decision on the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.

1

**Pretrial Order/Motions in Limine:**[2] A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by **March 23, 2026.** In jury cases, parties shall submit requests to charge and voir dire requests. In non-jury cases, parties shall also submit proposed findings of fact and conclusions of law. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

**Trial:** The parties shall be ready for trial on 48 hours notice on or after April 13, 2026. The estimated trial time is ___ days, and this is a jury trial.

**Other:**

Depositions shall be completed on or before **September 30, 2025.**

Post-Deposition Demands for Documents and/or Information shall be served upon each party no later than **October 15, 2025** and responses due on or before **October 31, 2025.**

Fact discovery shall be completed by **October 31, 2025.**

Expert discovery shall be completed by **January 16, 2026,** with Individual Defendants reserving the right to seek more time to engage a rebuttal witness due to Plaintiff's counsel not designating an expert witness at this time.

SO ORDERED.

Dated: New York, New York
8/1/25

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

---

At any time **after the ready for trial date,** counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations, that would prevent a trial at a particular time. Such notice must come **before** counsel are notified by the Court of **an actual trial date, not after.** Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town witnesses or other exigencies.