UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARIANA BELFORT LEE,

                          Plaintiff(s)

                                                                              24 civ 6819 (JGK)

          -against-

NEW YORK STATE UNIFIED COURT SYSTEM, et al,
                          Defendant(s).
-------------------------------------------------------------X

**ORDER**

The conference scheduled for Wednesday, April 8, 2026, at 12:00pm is **adjourned to**

**12:30pm the same day.**

Dial-in: 646 453-4442, with Conference ID 675 278 33#.

**SO ORDERED.**

_____
        **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          April 6, 2026