UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARIANA BELFORT LEE,

                     Plaintiff,                    24-cv-6819 (JGK)

          - against -                              ORDER

NEW YORK STATE UNIFIED COURT SYS-
TEM, ET AL.,

                     Defendants.

---

JOHN G. KOELTL, District Judge:

The deadline for the defendants to move for summary judg-
ment is stayed until the conclusion of settlement discussions
before the Magistrate Judge. If settlement discussions before
the Magistrate Judge conclude and the parties fail to reach a
settlement, the defendants may move for summary judgment without
requesting an additional pre-motion conference.

SO ORDERED.
Dated:    New York, New York
          April 8, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge