

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 06/25/2026

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 24, 2026

**MEMO ENDORSED**

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

Re:    *Ariana Belfort Lee v. Unified Court System, et al.,* 1:24-cv-06819 (JGK)(KHP)

Dear Magistrate Judge Parker:

Until his death on May 3, 2026, this Office represented defendant Joseph Baccellieri ("Baccellieri") and currently still represents defendant Anthony Mung ("Mung") in the above-referenced action. *See* ECF No. 53 (Suggestion of Death Upon The Record). Pursuant to Sections I(b) and (c) of Your Honor's Individual Practices In Civil Cases, and with counsel for Plaintiff and counsel for Defendant New York State Unified Court System ("UCS") consenting to this request, we respectfully seek an adjournment of the current July 9, 2026 settlement conference, along with the associated deadlines to submit *ex parte* letters and Your Honor's settlement form by July 1 and 2, 2026, respectfully, to 30 days after Judge Koeltl decides Plaintiff's forthcoming motion for substitution against Baccellieri's estate under Fed. R. Civ. P. 25(a)(1).

The reason for the adjournment is that a settlement against Baccellieri is not possible without Plaintiff filing a substitution motion against his estate. *See Kotler v. Donelli,* No. 9:06-CV-1308 NAM/DEP, 2013 WL 6799320, at *2 (N.D.N.Y. Dec. 20, 2013) (Defendant Donelli dismissed from the action because no one had moved for substitution within 90 days of service of the statement of death); *see also Unicorn Tales, Inc. v. Banerjee*, 138 F.3d 467, 470 (2d Cir. 1998) (notice of death sufficient to trigger Rule 25(a)(1)). This is the first extension request with respect to the July 9, 2026 settlement conference. The 90-day time limit for Plaintiff's counsel to file her motion expires on August 4, 2026, based on the May 6, 2026 filing of the Suggestion of Death. *See* ECF No. 53.

Thank you for your time and attention to this matter.

Respectfully submitted,
*s/Shi-Shi Wang___*
Shi-Shi Wang
Assistant Attorney General
Tel: (212) 416-8625
Shi-Shi.Wang@ag.ny.gov

Hon. Katharine H. Parker                                                    Page 2 of 2
June 24, 2026

cc:    Liane Fisher, Esq., counsel for Plaintiff, via ECF
       Michael Siudzinski, Esq., counsel for Defendant UCS, via ECF

**APPLICATION GRANTED:**  The settlement conference in this matter scheduled for Thursday, July 9, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to  Tuesday, October 13, 2026, at 10:00 a.m.  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than October 6, 2026, by 5:00 p.m

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
06/25/2026