FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: liane@fishertaubenfeld.com
Writer's direct dial: (212) 384-0262

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

August 4, 2026

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District Court of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

**Re: Ariana Belfort Lee v. Unified Court System, et al**

Dear Magistrate Judge Parker:

We represent Plaintiff in the above-referenced matter. **We respectfully write to request an extension of the deadline to file Plaintiff's motion to substitute the estate of Defendant Joseph Baccellieri.**

Our office has been diligently attempting to ascertain whether an estate has been opened for Mr. Baccellieri. Despite these efforts, we have been unable to confirm the existence of an estate. Accordingly, **we respectfully request a one-week extension to continue our efforts and to file the motion to substitute.** Defendant's counsel has consented to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s

Liane Fisher

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J. 8/5/2026