USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARIANA BELFORT LEE,

Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM, et al.,

Defendants.
---------------------------------------------------------------X

**24-CV-6819 (JGK)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Plaintiff's request for an extension of time to substitute the estate of Defendant Joseph Baccellieri as a party and an adjournment of the Settlement Conference currently scheduled for December 1, 2026 are GRANTED.

The deadline to file a motion to substitute the estate of Defendant Joseph Baccellieri is extended to **November 13, 2026**. The Settlement Conference previously scheduled for October 13, 2026 is hereby adjourned to **Tuesday, January 26, 2026 at 10:00 a.m.** Preconference submission are now due **Tuesday, January 19, 2026**.

**The Clerk of Court is respectfully directed to terminate the motions at ECF No. 60 and 61.**

SO ORDERED.

Dated: October 15, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge