USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ARIANA BELFORT LEE,

Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM, et al.,

Defendants.
----------------------------------------------------------------X

**24-CV-6819 (JGK)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Plaintiff's request for an extension of time to substitute the estate of Defendant Joseph Baccellieri as a party and an adjournment of the Settlement Conference currently scheduled for January 26, 2027 are GRANTED.

The deadline to file a motion to substitute the estate of Defendant Joseph Baccellieri is extended to **December 14, 2026**. The Settlement Conference previously scheduled for October 13, 2026 is hereby adjourned to **March 3, 2027 at 10:00 a.m.** Pre-conference submission are now due **February 25. 2027.**

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 63.**

SO ORDERED.

Dated: November 16, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge